IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERI LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-809 |
| ) | Judge Trauger |
| EQUIFIRST CORP., HOMEQ SERVICING ) | |
| CORP., QUANTUM SERVICING CORP., ) | |
| SUTTON FUNDING, LLC, and ) | |
| ROOSEVELT MORTGAGE ) | |
| ACQUISITION CO., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motions to Dismiss filed by defendants EquiFirst Corp. (Docket No. 5) and Roosevelt Mortgage Acquisition Co. (Docket No. 25) are both **GRANTED IN PART** and **DENIED IN PART**. All claims against defendant EquiFirst Corp., except for the insurance-related negligence claim, and the Real Estate Settlement and Procedures Act claim against Roosevelt Mortgage Acquisition Co. are hereby **DISMISSED**. The Motion to Dismiss filed by Quantum Servicing Corp. (Docket No. 24) is **DENIED**.

It is so Ordered.

Entered this 26th day of October 2010.

_____
ALETA A. TRAUGER
United States District Judge