IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERI LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-809 |
| ) | Judge Trauger |
| EQUIFIRST CORP., HOMEQ SERVICING ) | |
| CORP., QUANTUM SERVICING CORP., ) | |
| SUTTON FUNDING, LLC, ROOSEVELT ) | |
| MORTGAGE ACQUISITION CO., and ) | |
| WELLS FARGO, N.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant EquiFirst Corp. (Docket No. 64) is **DENIED**. The plaintiff is **ORDERED** to file, no later than April 29, 2011, a declaration (or declarations) authenticating the documents that she submitted in support of her summary judgment opposition. If EquiFirst has any objections to the authenticating declaration, it must file those objections no later than May 6, 2011.

It is so ordered.

Entered this 25th day of April 2011.

_____
ALETA A. TRAUGER
United States District Judge