## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| TERI LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0809 |
| | ) | Judge Trauger |
| EQUIFIRST CORP., HOMEQSERVICING | ) | |
| CORP., QUANTUM SERVICING CORP., | ) | |
| SUTTON FUNDING, LLC, | ) | |
| ROOSEVELT MORTGAGE ACQUISITION CO., | ) | |
| and WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a case management conference on May 23, 2011 at 1:30 p.m.

It is so **ORDERED.**

Enter this 25th day of April 2011.

ALETA A. TRAUGER
U.S. District Judge