IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERI LEE,
  Plaintiff,
v.

EQUIFIRST CORP.,
HOMEQ SERVICING CORP.,
QUANTUM SERVICING CORP.,
SUTTON FUNDING, LLC.,
ROOSEVELT MORTGAGE ACQUISITION CO., and
WELLS FARGO BANK, N.A.,
  Defendants.

No. 3:10-cv-809
Judge Sharp
Magistrate Judge Knowles

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Plaintiff *pro se*, Teri Lee, and Defendants, EquiFirst Corporation, Barclays Capital Real Estate, Inc., dba HomEq Servicing (incorrectly named in the Amended Complaint as HomEq Servicing Corporation), Quantum Servicing Corporation, Sutton Funding, LLC, Roosevelt Mortgage Acquisition Company, and Wells Fargo Bank, N.A., through undersigned counsel, have advised the Court that they have resolved all of their disputes and that the litigation may be dismissed with prejudice.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that all of Plaintiffs' claims and the lawsuit are DISMISSED WITH PREJUDICE. This is the FINAL JUDGEMENT in this cause. Each party shall pay its own attorney fees and costs, and no discretionary costs shall be sought or awarded.

              */s/ Kevin H. Sharp*
              U.S. District Court Judge
              February 15, 2012
              Date

APPROVED:

_____
Ms. Teri Lee
8244 Persia Way
Nashville, TN  37211
*Plaintiff Pro Se*


 s/ Kenneth P. Jones
_____
Kenneth P. Jones (# 016168)
BOURLAND, HEFLIN, ALVAREZ,
MINOR & MATTHEWS, PLLC
5400 Poplar Avenue, Suite 100
Memphis, TN 38119
kenjones@bhammlaw.com
*Attorneys for Equifirst Corporation*


 s/ Stephen J. Bumgarner by Ken Jones w/ permission 02/09/2012
Stephen J. Bumgarner, Esq.
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
*Attorneys for Quantum Servicing Corp., Roosevelt Mortgage Acquisition Co., and Wells Fargo Bank, N.A.*


 s/ James A. Delanis by Ken Jones w/ permission 02/10/2012
James A. DeLanis (#6057)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Baker Donelson Center
Suite 800
211 Commerce Street
Nashville, TN 37201
*Attorneys for Barclays Capital Real Estate, Inc., dba HomEq Servicing, and Sutton Funding, LLC*

APPROVED:

*signature*
Ms. Teri Lee
8244 Persia Way    113 Northcrest Commons Circle TL
Nashville, TN  37211   Nashville, TN 37211
*Plaintiff Pro Se*

---

Kenneth P. Jones (# 016168)
BOURLAND, HEFLIN, ALVAREZ,
MINOR & MATTHEWS, PLLC
5400 Poplar Avenue, Suite 100
Memphis, TN 38119
kenjones@bhammlaw.com
*Attorneys for Equifirst Corp.*

---

Stephen J. Bumgarner, Esq.
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
*Attorneys for Quantum Servicing Corp., Roosevelt Mortgage Acquisition Co., and Wells Fargo Bank, N.A.*

---

James A. DeLanis (#6057)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Baker Donelson Center
Suite 800
211 Commerce Street
Nashville, TN 37201
*Attorneys for Barclays Capital Real Estate, Inc., dba HomEq Servicing, and Sutton Funding, LLC*

2